BEFORE THE FIRST DIVISION, JULY 5, 1961

No. 65873.—Selectile Co., Inc., et al. *v.* United States, protests 60/4173, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of opal glass tiles or tiling the same as those the subject of Abstract 65376, the claim of the plaintiffs was sustained.

No. 65874.—Quality Marble & Granite Co. et al. *v.* United States, protests 60/25208, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of opal glass tiles or tiling the same as those the subject of Abstract 65376, the claim of the plaintiffs was sustained.

No. 65875.—D. N. & E. Walter & Co. and Geo. S. Bush & Co., Inc. *v.* United States, protests 59/34585, 59/34588, and 59/34589 (Portland, Oreg.).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), except that they are made of wood, the claim at 16⅔ percent under the provision in paragraph 412, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), for manufactures of wood, not specially provided for, by similitude under paragraph 1559, as amended, was sustained.